## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

September 22, 2010

All Counsel of Record

### LETTER ORDER

Re:   **Adkins, et al. v. Sogliuzzo, et al.**
      **Civil Action No. 09-1123 (SDW)**

Dear Counsel and Defendant:

 Attorney Stephen A. Weiss, Esq., on behalf of the law firm of Seeger Weiss, LLP, has moved for leave to withdraw as counsel for defendant John B. Sogliuzzo. I have considered the papers considered in support of the motion. No papers were filed in opposition to the motion except that plaintiff has requested that the motion be considered on an expedited basis.

 This Court finds that good cause exists within the contemplation of R.P.C. 1.16(b)(6) for withdrawal of counsel from this case. Accordingly, the motion for leave to withdraw is granted. Mr. Weiss is further ordered to provide her client with a copy of this Order.

 If Mr. Sogliuzzo does not secure new counsel and an appearance entered by October 15, 2010, he will be deemed to be proceeding on a pro se basis.

 All parties are directed to appear before the Court for a status conference on Thursday, October 28, 2010 at 2:00 p.m. Failure to appear will result in sanctions. The September 30, 2010 telephone conference is adjourned.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc: Clerk
Hon. Susan D. Wigenton, U.S.D.J.
All Parties
File